IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02653-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 20 2007

GREGORY C. LANGHAM
CLERK

HONORATO VALENCIA-ALVAREZ,

Applicant,

v.

ARISTEDES ZAVARAS, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant Honorato Valencia-Alvarez has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and a Brief in Support of Jurisdiction in a 28 U.S.C. § 2254 Habeas Corpus Action. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 18th day of December, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'07-CV-02653-BNB**

Honorato Valencia-Alvarez
Prisoner No. 112175
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER** and a receipt for the **$5.00 full filing fee** to the above-named individuals on 12/20/07

GREGORY C. LANGHAM, CLERK

By: Angie
   Deputy Clerk