**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02653-LTB-KLM

HONORATO VALENCIA-ALVAREZ,

      Applicant,

v.

ARISTEDES ZAVARAS, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.
_____

**ORDER**
_____

In this 28 U.S.C. § 2254 proceeding, on April 30, 2009, the Magistrate Judge issued and served her Recommendation that the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 be denied and the case dismissed with prejudice. Applicant has failed to file specific written objections to the Recommendation and therefore is barred from *de novo* review. On May 8, 2009, Respondents filed their pleading titled "Objection to Magistrate's Recommendation". In it they do not object to the recommendation that the application be denied and the case dismissed. But they object to the Magistrate Judge's reaching the merits concerning Applicant's claim of denial of equal protection contending that no clearly established authority exists under that claim. Respondents' "Objection" is noted but does not affect the resolution recommended by the Magistrate Judge. Accordingly

1

IT IS ORDERED that the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 is DENIED and the above action is DISMISSED WITH PREJUDICE.

BY THE COURT:

s/Lewis T. Babcock  
Lewis T. Babcock, Judge

DATED:   June 22, 2009